NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NEELAM T. UPPAL,                    )
                                   )
            Petitioner,            )
                                   )
v.                                 )        Case No. 2D18-808
                                   )
DEPARTMENT OF HEALTH, BOARD        )
OF MEDICINE,                       )
                                   )
                                   )
            Respondent.            )
_____    )

Opinion filed September 14, 2018.

Petition for Writ of Certiorari and Prohibition
to the Division of Administrative Hearings.

Neelam T. Uppal, pro se.

Christine E. Lamia, Chief Appellate
Counsel, Tallahassee, for Respondent.


PER CURIAM.


        The petition for certiorari is dismissed and the petition for prohibition is

denied.


NORTHCUTT, CRENSHAW, and ROTHSEIN-YOUAKIM, JJ., Concur.